Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

## District of South Carolina

### Report on Offender Under Supervision

**Name of Offender:**  Shannon Norton                **Case Number:**  2:23CR00545-1

**Name of Sentencing Judicial Officer:**  The Honorable Dudley H. Bowen, Jr., United States District Judge
**Current Judicial Officer:**  The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:**  October 20, 2017

**Original Offense:**  Count 2: Possession with Intent to Distribute a Controlled Substance 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C)

**Original Sentence:**  The defendant was sentenced to 120 months imprisonment followed by 3 years supervised release. Special conditions: 1. You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods. 2. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office. 3. You must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgement. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty. 4. You must submit your person, property, house, residence, office, vehicle, papers, computers (as defined in 18 U.S.C § 103(e)(1)), other electronic communications or data storage devices or media, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer my conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner. 5. A curfew is imposed as a special condition of supervised release. You must comply with the conditions of a curfew from 10:00 p.m. until 6:00 a.m. for the period of supervision. During this time, you will remain at your place of residence at all times and shall not leave except when such leave is approved in advance by the probation officer

**Type of Supervision:**  Supervised Release              **Date Supervision Commenced:**  April 26, 2023

**Previous Court Action/Notification:** On April 26, 2023, the defendant's sentence was commuted by Joseph R. Biden, Jr., President of the United States.

On June 15, 2023, jurisdiction of this case was transferred from the Southern District of Georgia to the District of South Carolina and assigned to Your Honor.

On July 17, 2023, the defendant's conditions were modified to include monthly payments of $100.00 towards her fine to commence immediately.

Prob 12A                                                                                                                      Page 2
(Rev. 01/2020 - D/SC)

On August 21, 2023, the defendant's conditions were modified to change her curfew hours to midnight to 5 a.m. Additionally, the defendant was approved to visit family for 3 days.

On December 8, 2023, the defendant was granted permission to travel to Augusta, GA from December 23-26, 2023.

**U.S. Probation Officer Action:** The U.S. Probation Office respectfully requests the condition of curfew without technology condition be removed. Mrs. Norton has been employed with Michael's Craft Store since prior to her release to supervision and has been promoted to a manager. All fine payments have been made monthly. Additionally, the U.S. Probation Officer has randomly made contact with Mrs. Norton at least twice a week virtually to ensure her compliance with curfew and she has never had a violation.

Mrs. Norton's husband, Rickey Norton, has been diagnosed with Esophageal Cancer and he will be required to undergo treatments and surgeries that may require him to travel out of the state overnight. Mrs. Norton is the primary care provider for her husband.

For the above reasons, the United States Probation Officer requests the curfew condition be removed.

Respectfully Submitted,

By: _amber wells_
Amberelle N. Wells
U.S. Probation Officer
Charleston Office

Date: January 22, 2024

Reviewed and Approved By:

_____
Kelli M. Frye
Asst. Deputy Chief U.S. Probation Officer

---

| X | Agree with Probation Officer's recommendation |
| ☐ | Submit a Request for Modifying the Condition or Term of Supervision |
| ☐ | Submit a Request for Warrant or Summons |
| ☐ | Other |

Prob 12A
(Rev. 01/2020 - D/SC)

Page 3

*Bruce H. Hendricks*
Bruce Howe Hendricks
United States District Judge
  January 22, 2024
Date