✎Prob 12A
  (Rev. 01/2020 - D/SC)

# United States District Court

for

### District of South Carolina

### Report on Offender Under Supervision

**Name of Offender:** Shannon Norton              **Case Number:** 2:23CR00545-1

**Name of Sentencing Judicial Officer:**  The Honorable Dudley H. Bowen, Jr., United States District Judge
**Current Judicial Officer:** The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:** October 20, 2017

**Original Offense:**  Count 2: Possession with Intent to Distribute a Controlled Substance 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C)

**Original Sentence:** The defendant was sentenced to 120 months imprisonment followed by 3 years supervised release and a $40,000 fine.  Special conditions: 1. You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods. 2. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office. 3. You must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgement. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty. 4. You must submit your person, property, house, residence, office, vehicle, papers, computers (as defined in 18 U.S.C § 103(e)(1)), other electronic communications or data storage devices or media, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer my conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner. 5. A curfew is imposed as a special condition of supervised release. You must comply with the conditions of a curfew from 10:00 p.m. until 6:00 a.m. for the period of supervision. During this time, you will remain at your place of residence at all times and shall not leave except when such leave is approved in advance by the probation officer

**Type of Supervision:**  Supervised Release              **Date Supervision Commenced:**  April 26, 2023

**Previous Court Action/Notification:** On April 26, 2022, the defendant was granted an Executive Order of Clemency commuting the total sentence of imprisonment to expire on April 26, 2023, leaving intact the term of supervised release imposed by the Court with all its conditions.

On July 17, 2023, jurisdiction of this case was transferred from the Southern District of Georgia to the District of South Carolina and assigned to Your Honor.

✎Prob 12A                                                                                                    Page 2
   (Rev. 01/2020 - D/SC)

On July 17, 2023, the defendant's conditions were modified to include monthly payments of $100.00 towards her fine to commence immediately.

On August 21, 2023, the defendant's conditions were modified to change her curfew hours to midnight to 5 a.m. Additionally, the defendant was approved to visit family for 3 days.

On December 8, 2023, the defendant was granted permission to travel to Augusta, GA from December 23-26, 2023.

On January 22, 2024, the Court removed the condition of curfew without technology due to the defendant working and being in compliance with her curfew and has had no violations.

---

## SUPERVISION SUMMARY

As noted above, the defendant's supervision commenced on April 26, 2023, after her prison sentence was commuted. She has maintained a stable residence and has been unemployed since August 2025. Ms. Norton was ordered to pay $100 monthly towards her fine and currently has an outstanding balance of $32,345.00.

The defendant's term of supervision is due to expire on April 25, 2026. The U.S. Probation Office respectfully requests that the defendant's term of supervised release be allowed to expire as scheduled. The Financial Litigation Unit has been notified that the defendant's supervision is scheduled to expire and that there is a remaining fine balance.

Respectfully Submitted,

By:    _____
Joseph Dannon James
U.S. Probation Officer
Port Royal Office

Date:  March 27, 2026

Reviewed and Approved By:

_____
Kelli M. Frye
Asst. Deputy Chief U.S. Probation Officer

✎Prob 12A
(Rev. 01/2020 - D/SC)

| X | Agree with Probation Officer's recommendation |

| | Submit a Request for Modifying the Condition or Term of Supervision |

| | Submit a Request for Warrant or Summons |

| | Other |

Bruce Howe Hendricks
United States District Judge
March 30, 2026
Date